IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN JACQUETT,<br><br>       Petitioner,<br><br>   v.<br><br>ROBERT HOREL, et al.,<br><br>       Respondents. | 2:06-cv-00998 FCD CMK (HC)<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including August 9, 2006, within which to file his response to the Petition.

Dated: July 10, 2006

/s/ Craig M. Kellison
U.S. MAGISTRATE JUDGE